UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

H & R BLOCK TAX SERVICES, INC.,

    Plaintiff,

  v.

DWIGHT CLINE, et al.,

    Defendants.

NO. CIV. S-06-1361 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Plaintiff's Motion for Preliminary Injunction is continued to September 1, 2006 at 10:00 a.m. Defendant shall file and serve his opposition brief or notice of non-opposition no later than August 18, 2006. The Plaintiff may file and serve a reply on or before August 25, 2006.

    2.   Defendant's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

     3.   Defendant's counsel shall file his response to the order to show cause on or before August 18, 2006.
     4.   A hearing on the order to show cause will follow the hearing on the Motion for Preliminary Injunction.
     IT IS SO ORDERED.
DATED: August 7, 2006.


                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE