BRUCE M. TIMM, Bar No. 199679
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
Telephone:   916.830.7200
Facsimile:   916.561.0828

DENNIS D. PALMER, MO Bar No. 21499
SHUGART THOMSON & KILROY, P.C.
120 W. 12th Street, Suite 1700
Kansas City, MO 64105
Telephone:   816.421.3355

Attorneys for Plaintiff
H&R BLOCK TAX SERVICES, INC.

RICHARD W. OSEN, Bar No. 42566
ANN TAYLOR SCHWING, Bar No. 91914
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.3249

Attorneys for Defendant
PHONE DIRECTORIES COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H&R BLOCK TAX SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DWIGHT CLINE, individually and doing business as CLINE & ASSOCIATES; JOLEEN CLINE, individually and doing business as CLINE & ASSOCIATES; and PHONE DIRECTORIES COMPANY, INC., a Utah corporation,<br><br>　　　　　　　Defendants. | Case No. 2:06-CV-01361 FCD (GGH)<br><br>**FINAL JUDGMENT ON CONSENT** |

　　　　Upon the consent and agreement of Plaintiff H&R Block Tax Services, Inc.

Firmwide:81372922.1 051735.1001　　　　　　1　　　　CASE NO. 2:06-cv-01361-FCD-GGH
FINAL JUDGMENT ON CONSENT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

(hereinafter "H&R Block") and Defendant Phone Directories Company, Inc. (hereinafter "PDC"), to settle disputed claims, final judgment is entered as follows:

1. On or about June 16, 2006, H&R Block filed a Verified Complaint for Damages and Injunctive Relief against Dwight Cline, Joleen Cline, and PDC for violation of Federal Trademark laws, breach of a Franchise Agreement between H&R Block and Dwight Cline, and breach of a Line of Credit Agreement between H&R Block and the Clines as more fully set forth in the United States District Court, Eastern District of California Complaint, filed *H&R Block Tax Services, Inc. v. Dwight Cline, et al.*, Case No. 2:06-CV-01361 FCD (GGH).

2. Block and its affiliated companies sell franchises for tax preparation and related services in the State of California and other states in the United States.

3. Block and Dwight Cline entered into a Franchise Agreement dated November 17, 1994 ("Agreement") under which Dwight Cline operated a Block franchise at 2098 E. Main Street, Quincy, California, using Block's trademark "H&R Block" and the telephone number (530) 283-0825.

4. In January 2005, the Clines ceased providing services as an H&R Block franchise and began providing those services doing business as Cline & Associates at the same location that they were operating the H&R Block franchise and using the same telephone number.

5. PDC publishes telephone directories.

6. In approximately February 2006, PDC published a directory distributed in Plumas County, California and elsewhere listing H&R Block's trademark in association with Cline & Associates' tax preparation business address and telephone number.

7. PDC denies liability on all claims in this action.

Upon consent of the parties, IT IS HEREBY ORDERED that:

1. PDC and its agents, servants, affiliates, employees, attorneys and representatives and all those in privity or acting in concert with it are enjoined from directly or indirectly listing the "H&R Block" trademark in association with 2098 E. Main Street, Quincy, California and/or Dwight Cline, Joleen Cline or Cline & Associates in any telephone directory

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

publications.

2. All other claims in this case have been separately settled by the parties pursuant to a Settlement Agreement.

3. Plaintiff H&R Block Tax Services, Inc.'s Verified Complaint and the claims asserted therein are dismissed with prejudice, each party to bear their own costs and attorneys' fees, except as provided in this Consent Decree.

AGREED TO IN FORM AND SUBSTANCE:

H&R BLOCK TAX SERVICES, INC.

By: /s/Bruce M. Timm (as authorized on 8/28/06)
    Bruce M. Timm
    LITTLER MENDELSON, P.C.

By: /s/Dennis D. Palmer (as authorized on 8/28/06)
    Dennis D. Palmer
    SHUGHART THOMSON & KILROY, P.C.
    Attorneys for Plaintiff
    H&R BLOCK TAX SERVICES, INC.

PHONE DIRECTORIES COMPANY, INC.

By: /s/Richard W. Osen
    Richard W. Osen
    Ann Taylor Schwing
    McDONOUGH HOLLAND & ALLEN PC
    Attorneys for Defendant
    PHONE DIRECTORIES COMPANY, INC.

IT IS SO ORDERED. In light of the above orders the court hereby VACATES the hearing set for October 13, 2006 on Plaintiff's Motion for Preliminary Injunction and the motion is deemed MOOT.

DATED: August 30, 2006        /s/ Frank C. Damrell Jr.
                              JUDGE, UNITED STATED DISTRICT
                              COURT, EASTERN DISTRICT

3   CASE NO. 2:06-cv-01361-FCD-GGH

FINAL JUDGMENT ON CONSENT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200