BRUCE M. TIMM, Bar No. 199679
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
Telephone:  916.830.7200
Facsimile:  916.561.0828

DENNIS D. PALMER, MO Bar No. 21499
SHUGART THOMSON & KILROY, P.C.
120 W. 12th Street, Suite 1700
Kansas City, MO 64105
Telephone: 816.421.3355

Attorneys for Plaintiff
H&R BLOCK TAX SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H&R BLOCK TAX SERVICES, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DWIGHT CLINE, individually and doing business as CLINE & ASSOCIATES; JOLEEN CLINE, individually and doing business as CLINE & ASSOCIATES; and PHONE DIRECTORIES COMPANY, INC., a Utah corporation,<br><br>　　　　　Defendants. | Case No.  2:06-CV-01361 FCD (GGH)<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

　　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

///

///

///

Firmwide:81443776.1 051735.1001　　　　　1.　　　　CASE NO. 2:06-CV-01361-FCD-GGH

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  pursuant to FRCP § 41(a)(1).

4  Dated: September 21, 2006

/s/ Bruce M. Timm
BRUCE M. TIMM
LITTLER MENDELSON

/s/ Dennis D. Palmer (as authorized on 9/11/06)
DENNIS D. PALMER
SHUGART THOMSON & KILROY, P.C.
Attorneys for Plaintiff
H&R BLOCK TAX SERVICES, INC.

/s/ Richard W. Osen (as authorized on 9/20/06)
RICHARD W. OSEN
ANN TAYLOR SCHWING
Attorneys for Defendant
PHONE DIRECTORIES COMPANY, INC.

/s/ Richard H. Hart (as authorized on 9/11/06)
RICHARD H. HART
Attorneys for Defendants
DWIGHT CLINE and JOLEEN CLINE

18  IT IS SO ORDERED.

20  DATED: September 21, 2006

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
Judge, United States District Court, Eastern District

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

Firmwide:81443776.1 051735.1001     2     CASE NO. 2:06-CV-01361-FCD-GGH
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON